Janina M. Hoskins, fka Janina M. Elder
Chapter 7 Trustee
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

In re:

RAMIREZ, DANIEL L.

Debtor(s)

Case No. 01-32463 CET

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $0.15. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | RAMIREZ, DANIEL L.<br>438 SHOTWELL STREET,<br>SAN FRANCISCO, CA 94110 | 50,162.12 | 0.15 |
| | Total Unclaimed Dividends | | $0.15 |

Dated: January 11, 2011

Janina M. Hoskins, TRUSTEE